UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CINDY NEELY, § | |
| § | |
| Appellant, § | |
| VS. § | CIVIL ACTION NO. H-09-826 |
| § | |
| MARY ANN KNEZEK and § | |
| TRAVIS JOHNSON, § | |
| Appellee. § | |

## MEMORANDUM AND ORDER

This Court has reviewed each of the filings in this proceeding, and heard argument from respective counsel. This appears to be the 17th appeal by George Neely or affiliated parties relating to Mr. Neely's bankruptcy or that of Mary Ann Knezek.

As to this appeal, the Court would first note that appellant's filings are not in compliance with Local Rule 5.1 of Local Rules of the United States District Court for the Southern District of Texas.

Secondly, appellant's counsel has not satisfied the sanctions order imposed on him by the Bankruptcy Court for the Southern District, which was affirmed by this Court. *In re Waverly Nolley*, No. 4:07-cv-2171.

Third, the appeal is moot. There appears to be no action that this Court or any higher court could take that would effect the relief appellant seeks.

Appellant will have until May 22, 2009 to explain why these considerations

should not lead to the dismissal of this appeal.

**IT IS SO ORDERED.**

Signed at Houston, Texas on this 12th day of May 2009.

                                              KEITH P. ELLISON
                                              UNITED STATES DISTRICT JUDGE