IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY ANN KNEZEK | § § § § | |
| *Debtor*, | § § | |
| | § | Civil Action No. H-09-cv-826 |
| v. | § § | |
| | § § | |
| CINDY NEELY | § § | |
| *Appellant*. | | |

## MEMORANDUM AND ORDER

In its Memorandum and Order of May 12, 2009, this Court gave appellant ten days to explain why the appeal from Bankruptcy Court was not moot. Appellant offered no such explanation. The Court concludes that this proceeding is moot. Any issue that needs to be adjudicated is pending in 4:09-cv-1075.

This case is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Signed this 8th day of June, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT